IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORAL TELECOM, INC.,

    Plaintiff,

vs.                                              Case No.:4:08-CV-238-SPM/WCS

BT&M INVESTMENTS, LLC, an
Indiana limited liability company,

    Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE

THIS CAUSE comes before the Court upon Defendant's unopposed motion for an extension of time in which to file a response to Plaintiff's amended complaint. (doc. 11)  Pursuant to Federal Rule of Civil Procedure 6(b), the Court finds good cause to permit the extension.  Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The motion for an extension of time (doc. 11) is hereby *granted*.

2. Defendants' Motion to Dismiss (doc. 11-2) is hereby accepted as timely filed.

3. Defendant's first Motion to Dismiss (doc. 3) is hereby *denied as moot*.

DONE AND ORDERED this <u>fifteenth</u> day of August, 2008.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge