IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CORAL TELECOM, INC.,

    Plaintiff,

vs.                              Case No.:4:08-CV-238-SPM/WCS

BT&M INVESTMENTS, LLC, an
Indiana limited liability company,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's "Notice of Voluntary Dismissal" (doc. 23) and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is *dismissed with prejudice*.

2.    All pending motions are denied as moot.

**SO ORDERED** this sixth day of October, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge